IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Case No. 84-CR-139

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF MOTION TO ANNUL, VACATE, AND SET ASIDE THE CONVICTION IN THE ABOVE CAPTIONED ACTION ON THE GROUNDS OF PROSECUTORIAL MISCONDUCT, and FURTHER, PURSUANT TO BRADY v. MARYLAND; PYLE v. KANSAS; BERGER v. UNITED STATES and SUBSEQUENT CASES, BASED ON THE PROSECUTORIAL USE OF PERJURED TESTIMONY. |
| v. | |
| ROBERT M. WEICHERT, ADIRONDACK WOOD STOVE WORKS, INC., and TIMBERLINE EAST, | |
| Defendants. | |

p. 05 CV 571 (DNH)

Service of the Notice of Motion, Motion, Supporting Affidavit of Robert M. Weichert, defendant herein, together with the exhibits attached hereto, is hereby received and accepted.

Dated: May 12, 2005.

_____
For the United States Attorney For the
Northern District of New York