

U.S. Department of Justice

United States Attorney
Northern District of New York

---

May 24, 2005

P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198

315-448-0672
FAX: 315-448-0646

Honorable David N. Hurd
United States District Court Judge
U.S. Courthouse -- Room 300
10 Broad Street
Utica, New York 13501

NOTICE

In Re: **U.S.A. v. Robert M. Weichert, et al**
Civil Action No. 6:05-CV-0571 (DNH)

Dear Judge Hurd:

This will confirm the substance of my telephone conversation yesterday morning with your Courtroom Deputy Clerk, Mr. Craig B. Minor regarding the scheduling of this matter. Mr. Minor advises that the Government may have until June 28, 2005 to file its letter brief in response to defendant's motion. It is my understanding that any further scheduling will occur thereafter.

Please advise if I have misstated anything herein.

Sincerely,

GLENN T. SUDDABY
United States Attorney

By: /s/ William H. Pease — 102338
William H. Pease — 102338
Assistant U.S. Attorney
Chief, Civil Division

WHP/clj
cc: Robert M. Weichert, Plaintiff, *pro se*

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,                    Civil Action No.
                                             6:05-CV-0571(DNH)

vs.                                           **CERTIFICATE OF SERVICE**

ROBERT M. WEICHERT, et al,

        Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of New York, and is a person of such age and discretion as to be competent to serve papers.

      On May 24, 2005, she served a copy of the attached

### NOTICE

by placing said copy in an envelope addressed to the persons hereinafter named at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at 900 Federal Building, Syracuse, New York 13261.

ADDRESSEE(S):

    Robert M. Weichert
    46 Oswego Street
    Baldwinsville, N.Y. 13027

/s/ Christine L. Jerew
Christine L. Jerew
Legal Secretary