UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

ROBERT M. WEICHERT,

                      Petitioner,

          - vs -                          6: 05-CV-0571
                                              (5:84-CR-0139)

UNITED STATES OF AMERICA,            (Related criminal action)

                      Respondent.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

APPEARANCES:                             OF COUNSEL:

ROBERT M. WEICHERT
Petitioner, *pro se*
46 Oswego Street
Baldwinsville, New York 13027

HON. GLENN T. SUDDABY               WILLIAM H. PEASE, Esq.
United States Attorney                    Ass't U.S. Attorney
P.O. Box 7198
100 S. Clinton St.
Syracuse, NY 13261-7198

DAVID N. HURD
United States District Judge

# O R D E R

       A Memorandum-Decision and Order was filed on October 24, 2006.  (Docket

No. 17).  Petitioner was directed to file an affidavit addressing the issue of possible

sanctions.  He has done so.  (Docket No. 21).  Upon a review of the submissions, it is

       ORDERED, that sanctions against the petitioner are not warranted.

       IT IS SO ORDERED.

Dated:  December 7, 2006
          Utica, New York.

                                 United States District Judge